UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

LIGHTHOUSE FINANCIAL GROUP, LLC,

Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 10 – 16506 (SMB)

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, Lighthouse Financial Group, LLC (the "Debtor"), the above-captioned chapter 11 debtor, hereby states that Lighthouse Global Partners, LLC, holds a 98.5744% interest in the Debtor, and therefore is the only equity holder of the Debtor holding 10% or more of any class of the Debtor's equity interests.

In addition, (a) the Debtor does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interests, (b) the Debtor does not own an interest in any limited partnership, (c) the Debtor does not own an interest in any general partnership, and (d) the Debtor does not own any interest in any joint venture.  The Debtor owns 15.41% of the equity interests in Multitrade Securities.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to 28 U.S.C. §1746, I, the undersigned, Chief Operating Officer of the Debtor in this chapter 11 case, declares under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, with reliance upon other Managing Members.

Dated: New York, New York
December 7, 2010

**LIGHTHOUSE FINANCIAL GROUP, LLC**

By:   /s/ Robert J. Bradley
Name: Robert J. Bradley
Title: Chief Operating Officer