A.G. ADJUSTMENTS, LTD.
740 WALT WHITMAN ROAD
P.O. BOX 9090
MELVILLE, NY 11747


ACCESS POINTE LLC
66 WITTERSPOON ST. STE 1100
PRINCETON, NJ 08540


ACTIV FINANCIAL SYSTEMS, INC.
120 EAST LIBERTY DRIVE
SUITE 20
WHEATON, IL 60187


ADAM P. SILVERS, ESQ.
RUSKIN MOSCOU FALTISCHEK, PC
E. TOWER-15TH FLR-1425 RXR PLZ
UNIONDALE, NY 11556


AMERICAN BUREAU OF COLLECTIONS
110 MAIN STREET
BUFFALO, NY 14209


AMERICAN EXPRESS
US PAYMENT FLORIDA
2965 WEST CORPORATE LAKES BLVD
FORT LAUDERDALE, FL 33331


ANES, FRIEDMAN, LEVENTHAL &
BALISTRERI, PLLC
299 BROADWAY
NEW YORK, NY 10007


ANTHONY CONDE
721 ADAMS STREET
HOBOKEN, NJ 07030


ARMAND GURI
2334 BOSTON ROAD
APT. 13G
BRONX, NY 10467


ARTHUR AYZEROV
99 NICHOLS DRIVE
PARAMUS, NJ 07652

ASBURY RESEARCH LLC
7 ASBURT CT.
LAKE IN THE HILLS, IL 60156


ASHER KOENIG
144-10 78TH DRIVE
FLUSHING, NY 11367


AUTOMATED SECURITIES CLEARANCE
C/O CREDITORS RESOURCE GROUP
1539 JACKSON AVE, STE 400
NEW ORLEANS, LA 70130


BANC OF AMERICA SECURITIES
4 WORLD FINANCIAL CENTER, 18FL
NEW YORK, NY 10080


BANKDIRECT CAPITAL FINANCE
TWO CONWAY PARK, STE 190
150 NORTH FIELD DRIVE
LAKE FOREST, IL 60045


BATS EXCHANGE, INC.
8050 MARSHALL DRIVE, STE 120
OVERLAND PARK, KS 66214


BENJAMIN BERARDINO
6 GEORGETOWN CIRCLE
NEWTOWN, PA 18940


BIG APPLE FLORIST
228 E. 45TH STREET
NEW YORK, NY 10017


BLANK ROME LLP
ATTN: LEONARD D. STEINMAN
405 LEXINGTON AVENUE
NEW YORK, NY 10174


BLOCK ORDERS EXECUTION, LLC
14 WALL STREET
20TH FLOOR
NEW YORK, NY 10005

BLOOMBERG FINANCE L.P.
731 LEXINGTON AVENUE
NEW YORK, NY 10022


BNY CONVERGEX GROUP
1633 BROADWAY, 30TH FLOOR
NEW YORK, NY 10019


BONDED COLLECTION CORP.
29 E MADISON STREET
SUITE 1650
CHICAGO, IL 60602


BRAD FEINSTEIN
33 WEST END AVENUE
APT. 20F
NEW YORK, NY 10023


BRADFORD MATTHEWS
694 SOUNDVIEW ROAD
OYSTER BAY, NY 11771


BRADLEY CLINE
95 WALL STREET
APT. 302
NEW YORK, NY 10005


BRIGHTON HOUSE ASSOCIATES, LLC
2 PARK CENTRAL DRIVE
SUITE 300
SOUTHBOROUGH, MA 01772


BURSON-MARSTELLER, LLC
C/O DAVID & GILBERT LLP
1740 BROADWAY
NEW YORK, NY 10019


CAPITAL MARKETS COMPLIANCE
3525 HOLCOMB BRIDGE ROAD
NORCROSS, GA 30092


CATHIA RIVERA
2A PORTER PLACE
GLEN COVE, NY 11542

CEBM GROUP
MR. RANDY XU
509 MADISON AVE, 19TH FL
NEW YORK, NY 10022


CHARLES FERRERA
9615 SHORE ROAD
APT. 6C
BROOKLYN, NY 11209


CHARLES RIVER SYSTEMS, INC.
7 NEW ENGLAND EXECUTIVE PARK
BURLINGTON, MA 01803


CHEEVERS & CO. INC.
440 S.LASALLE
SUITE 710
CHICAGO, IL 60605


CHRISTOPHER CERVINO
11 MAGNOLIA LANE
CEDAR GROVE, NJ 07009


CHRISTOPHER COSTELLO
110 E. 84TH STREET
 APT. 2B
NEW YORK, NY 10028


CHRISTOPHER FOXALL
C/O CLIFTON BUDD DMARIA
420 LEXINGTON AVE, STE 420
NEW YORK, NY 10170


CHRISTOPHER LAGREGO
8 DEL MAR WAY
MONROE TOWNSHIP, NJ 08831


CHRISTOPHER POTITO
63-16 137TH STREET
FLUSHING, NY 11367


CIS CONNECTED LLC
135 WEST 36TH STREET
9TH FLOOR
NEW YORK, NY 10018

CIT TECHNOLOGY FINANCIAL
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256


COFFEE CONNECTION
C/O WILLIAMS, COHEN & GRAY
8300 BISSONNET ST, STE 640
HOUSTON, TX 77074


COGENT
1015 31ST STREET, NW
WASHINGTON, DC 20007


CREDIT MEDIATORS INC.
PO BOX 456
UPPER DARBY, PA 19082


DAVID J. VROUBEL
21 STUYVESANT OVAL
APARTMENT 12D
NEW YORK, NY 10009


DAVID NAVARRO
9 BUCKINGHAM AVENUE
FREEHOLD, NJ 07728


DAVID SOUTER
3108 DEL REY AVE.
CARLSBAD, CA 92009


DAVID TAVERAS
973 METROPOLITAN AVENUE
APT. 1L
BROOKLYN, NY 11211


DAVID U. GOUREVITCH
950 THIRD AVENUE
15TH FLOOR
NEW YORK, NY 10022


DAVID WALSH
56 GRANADA CR
MOUNT SINAI, NY 11766

DE PAOLA TRADING INC.
MEMBER OF THE AMERICAN STOCK
40 WALL STREET -34TH FLOOR
NEW YORK, NY 10005


DEBORAH BUCHMAN
10 CLINTON STREET
APT. 10T
BROOKLYN, NY 11201


DERFNER & GILLETT, LLP
60 EAST 42ND STREET
SUITE 2527
NEW YORK, NY 10165


DIRECT CAPITAL CORPORATION
155 COMMERCE WAY
PORTSMOUTH, NH 03801


DIRECTEDGE
ECN FINANCE DEPARTMENT
545 WASHINGTON BLVD.
JERSEY CITY, NJ 07310


DK TECHNICALS
102 APGAR WAY
ASBURY, NJ 08802


DOW JONES & COMPANY
P.O. BOX 300
PRINCETON, NJ 08543-0300


ELLIOT WILLIAMS
128-27 233RD STREET
ROSEDALE, NY 11422


EQUINOX FITNESS CLUBS
CORPORATE ACCOUNTS OFFICE
PO BOX 1774
NEW YORK, NY 10156


ESTATE OF R. SARLI
US TRUST, BANK OF AMER. PWM
901 MAIN ST. 12TH FLOOR
DALLAS, TX 75202

EZE CASTLE SOFTWARE
12 FARNSWORTH
BOSTON, MA 02127


FACTSET RESEARCH SYSTEMS, INC.
601 MERRITT 7
3RD FLOOR
NORWALK, CT 06851


FEDEX CORPORATION
3965 AIRWAYS
MODULE G, 4TH FLOOR
MEMPHIS, TN 38116


FIDESSA CORPORATION
17 STATE STREET
42ND FLOOR
NEW YORK, NY 10004


FIFTH THIRD ASSET MANAGEMENT
ATTN:  BARRY SMITH
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263


FINRA
PO BOX 7777-W5050
PHILADELPHIA, PA 19175-5050


FIRST QUALITY MAINTENANCE
70 WEST 36TH STREET
NEW YORK, NY 10018


FNY TECHNOLOGIES, LLC
90 PARK AVENUE, 5TH FL
NEW YORK, NY 10016


FULVIO MAZZA
123 E. 54TH STREET
APT. 7B
NEW YORK, NY 10022


GARRETT BAUER
7137 VIA FIRENZE
BOCA RATON, FL 33433

GARTNER INC.
P.O. BOX 911319
DALLAS, TX 75391-1319


GARTNER, INC.
56 TOP GALLANT ROAD
STAMFORD, CT 06904


GEORGIA DEPT. OF LABOR
SUITE 900
148 ANDREW YOUNG INTL BLVD. NE
ATLANTA, GA 30303


GIBSON KINLOCH
250 E 30TH STREET
5B
NEW YORK, NY 10016


GINA GUARNACCIA
429 EAST 52ND STREET
APT. 15G
NEW YORK, NY 10022


GLOBAL RELAY COMMUNICATIONS
220 CAMBIE STREET
VANCOUVER, BC


GOLDMAN SACHS
EXECUTION & CLEARING
30 HUDSON ST, 10TH FLOOR
JERSEY CITY, NJ 07302


GREYSTONE EQUIP. FINANCE CORP.
8144 WALNUT HILL LANE
SUITE 900
DALLAS, TX 75231


GUSRAE, KAPLAN BRUNO & NUSBAUM
ATTN: MARTIN H. KAPLAN
120 WALL STREET
NEW YORK, NY 10005


HALPERN & ASSOCIATES, LLC
210 DANBURY ROAD
WILTON, CT 06897

HARRY NAKIELNY
1105 WASHINGTON STREET
APT. 4B
HOBOKEN, NJ 07030


HATIM YOUSSEF
58 WALKER STREET
APT. 1
NEW YORK, NY 10013


HEIGHT ANALYTICS
MR. JOHN AKRIDGE
601 13H ST., NW STE 300


HONORABLE ANGAD PAUL
C/O CAPARO PLC
103 BAKER STREET
LONDON W1U6LN


HONORABLE ANJLI PAUL
C/O CAPARO PLC
103 BAKER STREET
LONDON W1U6LN


HORIZON KEYSTONE FINANCIAL
105 FAIRWAY TERRACE
MOUNT LAUREL, NJ 08054


HUSKY TRADING
1900 MARKET STREET
SUITE 616
PHILADELPHIA, PA 19103


IMARKET COMMUNICATIONS, INC.
C/O BILATERAL CREDIT CORP
141 WEST 28TH STREET
NEW YORK, NY 10001


INFLECTION POINT RESEARCH LLC
3554 ROUND BARN BLVD.
SUITE 308
SANTA ROSA, CA 95403

INFOHEDGE TECHNOLOGIES LLC
747 3RD AVENUE
4TH FLOOR
NEW YORK, NY 10017


INSIDER SCORE, LLC
254 WITHERSPOON STREET
PRINCETON, NJ 08542


INTERACTIVE DATA
32 CROSBY DRIVE
BEDFORD, MA 01730


INTERDEALER SECURITIES, LLC
14 WALL STREET
SUITE 4D
NEW YORK, NY 10005


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


INTERNAL REVENUE SERVICE
10 METRO TECH CENTER
625 FULTON STREET
BROOKLYN, NY 11201


INTERNATIONAL SECURITIES
60 BROAD STREET
NEW YORK, NY 10004


INVESTMENT TECHNOLOGY GROUP
321 SUMMER STREET
BOSTON, MA 02110


IPC NETWORK SERVICES, INC.
1 STATE STREET, 12 FL
NEW YORK, NY 10004


JACK BUONO
260 NORTH RAILROAD AVENUE
STATEN ISLAND, NY 10304

JAMES CAPUTO
5222 AVALON DRIVE EAST
NEW CANAAN, CT 06840

JAMES CROSSON, JR.
43 GLEN WAY
COLD SPRING HARBOR, NY 11724

JEFFREY DZIEGIELEWSKI
56 KELSEY SPRINGS DRIVE
MADISON, CT 06443

JEFFREY J. MORFIT
965 EDGEWOOD AVENUE
PELHAM, NY 10803

JEFFREY WALLNER
44 WEST 69TH STREET
APT. 1B
NEW YORK, NY 10023

JOHN CAPPELLO
543 NORTH LONG BEACH ROAD
ROCKVILLE CENTRE, NY 11570

JOHN DECKER
425 CRESTWOOD DRIVE
FORT WORTH, TX 76107

JOHN LUPPO
7000 BLVD. EAST TOWER 1
APT. 43A
WEST NEW YORK, NJ 07093

JOINT COMM. ON FEE DISPUTES
NY COUNTY LAWYERS ASSOC.
14 VESEY STREET
NEW YORK, NY 10007

JOSEPH ALBANESE
25 FRANKLIN BOULEVARD
APT. 6F
LONG BEACH, NY 11561

JOSEPH DIACO
145 EAST 15TH STREET
APT. 1R
NEW YORK, NY 10003


JOSHUA ROSEN
58 COLGATE DRIVE
PLAINVIEW, NY 11803


JP MORGAN CHASE DDA
C/O LEADING EDGE RECOVERY SOL.
PO BOX 129
LINDEN, MI 48451


JUDD A. SEROTTA, ESQ.
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103


JULIA GIOELI
51-36 30TH AVENUE
WOODSIDE, NY 11377


KATHRYN HOHMAN
19 PRAIRIE ROAD
HUNTINGTON STATION, NY 11746


KENNETH LUPPO
7000 BLVD. EAST
APT. 43A
WEST NEW YORK, NJ 07093


KNIGHT BONDPOINT, INC.
545 WASHINGTON BLVD. 3RD FL
JERSEY CITY, NJ 07310


KONICA MINOLTA BUSINESS SOL.
DEPT. AT 952823
ATLANTA, GA 31192-2823


KRISTY BOLOGNESE
20 AVENUE PORT IMPERIAL
APT. 220
WEST NEW YORK, NJ 07093

LABRANCHE & CO INC.
33 WHITEHALL STREET
7TH FLOOR
NEW YORK, NY 10004


LAFFER ASSOCIATES
2909 POSTON AVE, 2ND FL
ATTN: JENNIFER BOWERS
NASHVILLE, TN 37203


LAURA LOREGIO
16 BERGEN BEACH PLACE
BROOKLYN, NY 11234


LAWRENCE POLATCHEK
5 BURRMA ROAD
HUNTINGTON, NY 11743


LEWIS HENDLER
1166 TIMBERGATE DRIVE
JENKINTOWN, PA 19046


LIGHTHOUSE GLOBAL PARTNERS,LLC
THE CHRYSLER BUIDING
132 E 43RD ST., STE 135
NEW YORK, NY 10017


LINEDATA SERVICES, INC.
260 FRANKLIN ST
SUITE 1300
BOSTON, MA 02110


LIQUID CLAIMS LLC
109 WHITE OAK LANE
SUITE 200-N
OLD BRIDGE, NJ 08857


LONGBOW SECURITIES
6000 LOMBARDO CENTER
SUITE 500
INDEPENDENCE, OH 44131


LOUIS MANCINI
14 FOREST LANE
SCARSDALE, NY 10583

LUXURY LIMOS OF THE ISLAND
8514 241ST STREET
BELLEROSE, NY 11426


MABEL LOVETT
1389 SEAMONS NECK ROAD
SEAFORD, NY 11783


MADISON DAVIS PROFESSIONAL
500 WEST MAIN ST, STE 200
BABYLON, NY 11702


MAJETIC RESEARCH
1270 AVENUE OF THE AMERICAS
SUITE 1900
NEW YORK, NY 10020


MARJORIE GROUP, LLC
15 WEST 39TH STREET
5TH FLOOR
NEW YORK, NY 10018


MARKET COMMUNICATIONS, LLC
135 WEST 36TH STREET
9TH FLOOR
NEW YORK, NY 10018


MARKETAXESS
299 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10171


MARTIN S. COLE LAW OFFICES
110 WALL STREET, 11TH FLOOR
NEW YORK, NY 10005


MATTHEW RUANE
1 ROEBLING COURT
LEONARDO, NJ 07737


MATTHEW SACHS
136 E. 55TH STREET
APT. 8N
NEW YORK, NY 10022

MCDONALD INFORMATION SERVICES
215 FOURTEENTH STREET
FOURTH FLOOR
JERSEY CITY, NJ 07310


MEREDITH HALLMAN
34 WOOD LANE
LOCUST VALLEY, NY 11560


MEREDITH WHITNEY ADVISORY GR
50 WEST 57TH ST., 2ND FLOOR
NEW YORK, NY 10019


MERRILL LYNCH, PIERCE, FENNER
ATTN: CHRISTINA DALEY
440 S. LASALLE ST., STE 2500
CHICAGO, IL 60605


MERRILL LYNCH, PIERCE, FENNER
101 HUDSON STREET, 7TH FLOOR
JERSEY CITY, NJ 07302


MES ADVISERS
MR. PAUL MARKOWSKI
PO BOX 660
GOLDENS BRIDGE, NY 10526


MEYERS, SAXON & COLE
COUNSELORS AT LAW
3620 QUENTIN ROAD
BROOKLYN, NY 11234


MICHAEL ELIA
17 BRONXVILLE LANE
BRONXVILLE, NY 10708


MICHAEL GUTSHALL
301 LAREINE AVENUE
APT. 2
BRADLEY BEACH, NJ 07720


MICHAEL MORFIT
C/O MULTITRADE SECURITIES LLC
25 WEST 68TH, APT 1G
NEW YORK, NY 10023

MICHAEL NETHERCOTT
141 NORTH RIDGE STREET
PORT CHESTER, NY 10573


MICHAEL T. YONKER, ESQ.
225 BROADWAY, SUITE 2900
NEW YORK, NY 10007


MILLARD TYDINGS
9 PRAIRIE DUNES CT.
SKILLMAN, NJ 08558


MIN ZHENG
40 GRAENEST DRIGE RD
WILTON, CT 06897


MSCI INC.
88 PINE STREET
2ND FLOOR
NEW YORK, NY 10005


MSRB MUNICIPAL SECURITIES
1900 DUKE ST, STE 600
ALEXANDRIA, VA 22314-3412


MWSLV, LLC
PO BOX 2258
WEST CHESTER, PA 19380


NANCY COOPER
40 MALLOW STREET
STATEN ISLAND, NY 10309


NASDAQ STOCK MARKET LLC
ONE LIBERTY PLAZA
165 BROADWAY
NEW YORK, NY 10006


NATIONAL FUTURES ASSOCIATION
300 SOUTH RIVERSIDE PLAZA
SUITE 1800
CHICAGO, IL 60606

NED DAVIS RESEARCH GROUP
2100 RIVER EDGE PKWAY STE 750
ATLANTA, GA 30328


NEOVEST TRADING
24180 NETWORK PLACE
CHICAGO, IL 60673


NEWSWARE
95 ROCKWELL PLACE
3RD FLOOR
BROOKLYN, NY 11217


NIMIT SAVANI
235 EAST 40TH STREET
#20G
NEW YORK, NY 10016


NY STOCK EXCHANGE
C/O RECEIVABLE MGMT SVCS.
4836 BRECKSVILLE RD
RICHFIELD, OH 44286


NYC DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS- DEVORA CO
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201


NYC DEPT. OF FINANCE
OFF. OF COMSR. OF FINANCE
ONE CENTRE STREET, ROOM 500
NEW YORK, NY 10007


NYC MESSENGER INC.
15 EAST 40TH STREET
NEW YORK, NY 10016


NYFIX, INC.
100 WALL STREET
26TH FLOOR
NEW YORK, NY 10005


NYS DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIV.
PO BOX 4301
BINGHAMTON, NY 13902-4301

NYS DEPT. OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205


NYS DEPT. OF TAXATION & FINANC
COLLECT. & CIVIL ENF. DIV.
W.A.HARRIMAN CAMPUS, BLDG. 9
ALBANY, NY 12227-0125


NYS UNEMPLOYMENT INSURANCE FUN
PO BOX 551
NEW YORK, NY 10007


NYSE ARCA LLC
BOX #8401
POST OFFICE BOX 8500
PHILADELPHIA, PA 19178-8401


NYSE MARKET, INC,
BOX #4006
POST OFFICE BOX 8500
PHILADELPHIA, PA 19178-4006


OFF WALL STREET CONSULTING
PO BOX 984001
BOSTON, MA 02298


OMEGO LLC
22 THOMSON PLACE
BOSTON, MA 02210


ON POINT EXECUTIONS LLC
40 WALL STREET, 34TH FLOOR
NEW YORK, NY 10005


OPTIONS PRICE REPORTING
400 SOUTH LASALLE
CHICAGO, IL 60605


OXFORD HEALTH PLANS, INC.
7120 MAIN STREET
TRUMBULL, CT 06611

PALADYNE
ONE EXECUTIVE DRIVE
SUITE 280
FORT LEE, NJ 07024


PATRICK MCCORMICK, ESQ.
CAMPOLO, MIDDLETON & MCCORMICK
3340 VET. MEM. HGWY., STE 400
BOHEMIA, NY 11716


PATRINA CORPORATION
TWO WALL STREET
NEW YORK, NY 10005


PAUL KELLEY
3315 MICHELLE COURT
BURLINGTON, ONTARIO
CANADA L7M3W6


PAUL REYES-GUERRA
62 MILL GLEN ROAD
SADDLE RIVER, NJ 07458


PAWNEE LEASING CORP.
700 CENTRE AVENUE
FORT COLLINS, CO 80526


PAYCHEX
HUMAN RESOURCE SERVICES
1175 JOHN STREET
WEST HENRIETTA, NY 14586-9199


PCS SECURITIES, INC.
19020 88TH AVENUE W
EDMONDS, WA 98026


PENSON FINANCIAL SERVICES
1700 PACIFIC AVENUE
SUITE 1400
DALLAS, TX 75201


PERSHING
C/O KERRY CORDERO
ONE PERSHING PLAZA - 6TH FL
JERSEY CITY, NJ 07399

PETER MURGOLO
131 DUDLEY STREET
APT. 118
JERSEY CITY, NJ 07302


PINK OTC MARKETS
304 HUDSON ST.
2ND FLOOR
NEW YORK, NY 10013


PIVOT, INC.
P.O. BOX 200771
PITTSBURGH, PA 15251


PORTFOLIOSHOP, INC.
485 UNDERHILL BLVD.
SYOSSET, NY 11791


PRESCOTT INVESTORS
THE GRAYBAR BUILDING
420 LEXINGTON AVE, SUITE 1430
NEW YORK, NY 10170


PRINCIPAL LIFE GROUP
GRAND ISLAND
PO BOX 14513
DES MOINES, IA 50306-3513


PRISM SOFTWARE CORPORATION
15500-C ROCKFIELD BLVD.
IRVINE, CA 92618


PSR PROPERTY MANAGEMENT, INC.
114 BIRCH HILL ROAD
LOCUST VALLEY, NY 11560


PUPPY PRODUCTIONS
666 BURRARD STREET, STE 2800
VANCOUVER, BRITISH COLUMBIA
CANDADA


QUENCH
780 5TH AVENUE
SUITE 110
KING OF PRUSSIA, PA 19406

QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA, GA 30374-7079


RAFAEL SANTIAGO
RRT BOX 332-C4
EFFORT, PA 18330


RALPH BIANCO
439 HILLCREST WALK
BREEZY POINT, NY 11697


RANDALL & RICHARDS, INC.
5151 EAST BROADWAY BOULEVARD
SUITE 800
TUCSON, AZ 85711


REGUS MANAGEMENT GROUP, LLC
555 NORTH POINT CENTER EAST
4TH FLOOR
ALPHARETTA, GA 30022


REUTERS AMERICA LLC
GPO BOX 10410
NEWARK, NJ 07193


RICHARD KRILL
30 ABRAHAM ROAD
WHITEHOUSE STATION, NJ 08889


RICHARD PETRONE
45 WYATT ROAD
GARDEN CITY, NY 11530


RICHARD SCHIFFRIN
127 KNIGHTSBRIDGE ROAD
WYNNEWOOD, PA 19096


RIDGE CLEARING AND
OUTSOURCING SOLUTIONS, INC.
1981 MARCUS AVENUE
NEW HYDE PARK, NY 11042

RISK METRICS GROUP
INSTITUTIONAL SHAREHOLDERS SVS
PO BOX 17783
ARLINGTON HEIGHTS, IL 60005-7783


ROBERT AYZEROV
99 NICHOLAS DRIVE
PARAMUS, NJ 07652


ROBERT BANJANY
11 CRAIG COURT
JACKSON, NJ 08527


ROBERT J. BRADLEY
150 W. 58TH STREET
APT. 9D
NEW YORK, NY 10019


ROBERT J. CAPUTO
500 WEST STREET
HARRISON, NY 10528


ROBERT JACOBS
155 E. 31ST STREET
APT. 11D
NEW YORK, NY 10016


ROBERT WEINSTEIN
60 HEMLOCK DRIVE
ROSLYN, NY 11576


ROCHDALE SECURITIES LLC
ATTN: ELIZABETH JOHNSON
750 EAST MAIN ST., 7TH FL
STAMFORD, CT 06902


RPG CONSULTANTS
181 S. FRANKLIN AVENUE
VALLEY STREAM, NY 11581


RUSSELL GREENSPAN
42 PINEHURST DRIVE
MOUNT SINAI, NY 11766

RYAN COURNOYER
802 9TH AVENUE
APT. 4A
NEW YORK, NY 10019


SADIS & GOLDBERG LLP
551 FIFTH AVENUE
21ST FLOOR
NEW YORK, NY 10176


SALVATORE NISI
151 NOTTINGHAM COURT
MATAWAN, NJ 07747


SATYA PRADHUMAN
CIRRUS RESEARCH LLC
303 S. BROADWAY
TARRYTOWN, NY 10591


SCOTT WICH
C/O CLIFTON BUDD AND DMARIA
420 LEXINGTON AVE, 420
NEW YORK, NY 10170


SECURITY EXCHANGE COMMISSION
NE REGION, WOOLWORTH BLDG
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279


SHAWN ROGERS
135 E. 50TH STREET
APT. 3L
NEW YORK, NY 10022


SLG GRAYBAR MESNE LEASE LLC
C/O SL GREEN REALTY CORP.
420 LEXINGTON AVENUE
NEW YORK, NY 10170


STANDARD & POOR'S
INTERNATIONAL MARKET SERVICES
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

STEVEN HOWIE
80 BRIARWOOD AVENUE
ATLANTIC HIGHLANDS, NJ 07716


STEVEN LEVY
212-30 23RD AVENUE
APARTMENT 5K
BAYSIDE, NY 11360


STEVEN LUSKEY
53 PARK PLACE
NEW YORK, NY 10007


STEVEN ZWEIER
20 CEDAR STREET
MASSAPEQUA, NY 11758


STRATEGAS RESEARCH PARTNERS
52 VANDERBUILT AVE, 8TH FLOOR
MR. NICHOLAS BOHNSACK
NEW YORK, NY 10017


STREETACCOUNT
1135 MAPLE WAY
2ND FLOOR
JACKSON, WY 83001


STURSBERG AND ASSOCIATES, LLC
1500 BROADWAY, 21ST FLOOR
NEW YORK, NY 10036


SUNGARD GLOBAL NETWORK
377 EAST BUTTERFIELD ROAD
SUITE 800
LOMBARD, IL 60148


SUSAN L. MEEKINS
570 LEXINGTON AVENUE, 17TH FL
NEW YORK, NY 10022


SUSAN MURPHY
24 BLOOMER ROAD
NORTH SALEM, NY 10560

TARYN ROSS
125 EAST 87TH STREET
APT. 10H
NEW YORK, NY 10128


TELSEY ADVISORY GROUP
535 5TH AVENUE
12TH FLOOR
NEW YORK, NY 10017


TEXAS WORKFORCE COMMISSION
101 E. 15TH STREET
AUSTIN, TX 78778


THE COMPANY CORPORATION
C/O SIMM ASSOCIATES
800 PENCADER DRIVE
NEWARK, DE 19702


THE HARTFORD
8711 UNIVERSTIY EAST DRIVE
CHARLOTTE, NC 28213


THE STANDARD
85 ALLEN STREET
SUITE 210
ROCHESTER, NY 14608-1856


THE TRANSACTION AUDITING GROUP
75 BROAD STREET
27TH FLOOR
NEW YORK, NY 10004


THOMAS GIORDANO
153 MARVIN ROAD
MIDDLETOWN, NJ 07748


THOMAS NOVELLINO
115 RANDALL ROAD
SHOREHAM, NY 11786


THOMPSON REUTERS
C/O PRISCILLA HUGHES LEGAL
 3 TIMES SQUARE, 20TH FL.
NEW YORK, NY 10036

TIME WARNER CABLE OF NYC
PO BOX 9227
UNIONDALE, NY 11555


TODD PAIKIN
415 EAST 37TH STREET
APT. 25H
NEW YORK, NY 10016


TODD WEITZMAN
1040 SEMINOLE DRIVE
APT. 1560
FORT LAUDERDALE, FL 33304


TRADE ALERT, LLC
200 PARK AVENUE SOUTH
SUITE 1314
NEW YORK, NY 10003


TRADE THE NEWS
228 PARK AVE. SOUTH #9465
NEW YORK, NY 10003


TRADEWEB
22 THOMSON PLACE
BOSTON, MA 02210


TRANSACTION NETWORK SERVICES
CREDIT MEDIATORS INC.
P.O. BOX 456
UPPER DARBY, PA 19082


TRANSWORLD SYSTEMS INC.
ATTN: BRIAN J. OBERMAN, ESQ.
1099 WALL STREET, W 242
LYNDHURST, NJ 07071


TSX INC.
130 KING STREET WEST
TORONTO, ONTARIO M5X 1J2


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT - ROOM 417
NEW YORK, NY 10007

US TRUSTEES OFFICE
REGION 2
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


VALLEY NATIONAL BANK
1455 VALLEY ROAD
WAYNE, NJ 07470


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408


W.B.MASON CO., INC.
C/O ALLEN MAXWELL & SILVER
190 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632


WACHTEL & MASYR, LLC
ONE DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE
NEW YORK, NY 10017


WALL STREET SOURCE
PO BOX 10179
UNIONDALE, NY 11555


WAVE2WAVE NEW YORK, INC.
CONTINENTAL PLAZA - 6TH FLOOR
433 HACKENSACK AVENUE
HACKENSACK, NJ 07601


WEINSTOCK & O'MALLEY
105 WHITE OAK LANE
2ND FLOOR
OLD BRIDGE, NJ 08857


WESTMINSTER RESEARCH ASSOCIATE
1633 BROADWAY, 48TH FLOOR
ATTN: MR. DAN SHEEHAN
NEW YORK, NY 10019


WILLIAM BIRNEY
155 78TH STREET
BROOKLYN, NY 11209

WOLTERS KLUWER
8832 INNOVATION WAY
CHICAGO, IL 60682


XFA
440 S. LASALLE, SUITE 3909
CHICAGO, IL 60605


ZACHARY HORVET
706 W. 180TH STREET
NEW YORK, NY 10033


ZACKS INVESTMENT RESEARCH, INC
111 NORTH CANAL STREET
SUITE 1101
CHICAGO, IL 60606-7204