SILVERMANACAMPORA LLP
Proposed Attorneys for
  Lighthouse Global Partners, LLC, and
  Lighthouse Financial Group, LLC
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen
Sheryl P. Busell

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

                                       Chapter 11

LIGHTHOUSE GLOBAL PARTNERS, LLC,    Case No. 10 - 16501 (SMB)

                    Debtor.
-----------------------------------------------------------x

In re:

                                       Chapter 11

LIGHTHOUSE FINANCIAL GROUP, LLC,     Case No. 10 - 16506 (SMB)

                      Debtor.
-----------------------------------------------------------x

**DEBTORS' MOTION FOR ORDER DIRECTING JOINT
ADMINISTRATION OF THE ABOVE-CAPTIONED CASES PURSUANT TO
RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Lighthouse Global Partners, LLC ("LGP") and Lighthouse Financial Group, LLC ("LFG"), the above-captioned debtors (collectively, the "Debtors") respectfully submit this motion for an order directing the joint administration of the above-captioned cases and respectfully represent:

## BACKGROUND

1.     LGP is a holding company that owns 98.7554% of the equity interests in LFG. LFG formerly was a securities broker dealer. LGP also owns 100% of the equity interests in Lighthouse Asset Management, LLC, and Lighthouse Life Agency LLC, both non-debtors.

2.     In August 2010, LFG ceased conducting any securities business due to its inability to comply with applicable SEC net capital rules.

3. On the date hereof (the "Petition Date"), LGP and LFG filed chapter 11 petitions under title 11, United States Code (the "Bankruptcy Code") in this Court.

4. The Debtors commenced these cases in order to conduct an orderly wind-down of their businesses and assets.

5. The Court has jurisdiction to consider this matter pursuant to 29 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and may be determined by the Bankruptcy Court. Venue is proper before this Court pursuant to 28 U.S.C §§ 1408 and 1409.

## RELIEF REQUESTED

6. By this Motion, the Debtors seek an entry of an order directing joint administration of these cases for procedural purposes only, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

7. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order joint administration of the estates." Fed. R. Bankr. P. 1015(b). Here, the Debtors are *affiliates* as that term is defined by Bankruptcy Code §101. Thus, joint administration of the Debtors' cases is appropriate.

8. Additionally, joint administration is warranted and will avoid the preparation and replication of duplicative notices, applications and orders, thereby saving the estates considerable expenses and resources. The Debtors' business operations are closely related and many of the motions made on behalf of each of the Debtors will affect both Debtors.

2

9. The Debtors respectfully request that the caption of their cases be modified to reflect the joint administration of these filed cases, as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                  Chapter 11

                                                        Case No. 10 - 16501 (SMB)
LIGHTHOUSE GLOBAL PARTNERS., *et al.*,
                                                         (Jointly Administered)

                          Debtors.
-----------------------------------------------------------------x

10. The Debtors also request that a docket entry be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Lighthouse Global Partners, LLC, and Lighthouse Financial Group, LLC, and all further pleadings and other papers shall be filed in, and all further docket entries made in, Case No. 10-16501(SMB).

11. Finally, the Debtors seek authority to file the monthly operating reports required by the United States Trustee's "Operating Guidelines and Financial Reporting Requirements Required in all Cases under Chapter 11, and cases with operating business under Chapter 7 & 13 of the Bankruptcy Code" on a consolidated basis if the Debtors determine, after consultation with the United States Trustee, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest.

## **CONCLUSION**

12. No trustee, examiner, or creditor's committee has been appointed in these cases. The Debtors submit that no notice of this Application is necessary in light of the procedural nature of the relief requested.

13. No previous request for relief sought herein has been made by the Debtors to this or any other Court.

SB/771066.1/059558

WHEREFORE the Debtors respectfully request the Court grant the Motion and grant the Debtors such additional relief as is just and proper.

Dated: Jericho, New York  
       December 8, 2010

SILVERMANACAMPORA LLP  
Proposed Attorneys for Lighthouse Global Partners, LLC, and Lighthouse Financial Group, LLC

By:   /s/ Adam L. Rosen      
      Adam L. Rosen  
A Member of the Firm  
100 Jericho Quadrangle, Suite 300  
Jericho, New York 11753  
(516) 479-6300