UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                                  Chapter 11

LIGHTHOUSE GLOBAL PARTNERS LLC, *et al.,*          Case No. 10-16501 (SMB)

                        Debtors.                                Jointly Administered

-----------------------------------------------------------------x

## FINAL DECREE AND ORDER
## CLOSING DEBTORS' CHAPTER 11 CASES
## PURSUANT TO 11 U.S.C. §§ 350 (a) AND 1106 (a)(7),
## BANKRUPTCY RULE 3022, AND LOCAL BANKRUPTCY RULE 3022-1

Upon the application, dated September 13, 2013 (the "**Application**")[1] of Lindenwood Associates, LLC, as Post-Consummation Trust Administrator (the "**Liquidating Trustee**") of the Post-Consummation Trust of the chapter 11 estates of Lighthouse Global Partners LLC and Lighthouse Financial Group LLC (together, the "**Debtors**"), appointed pursuant to the Plan, for an order, pursuant to 11 U.S.C. §§350(a) and 1106(a)(7), Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1, granting a final decree and closing the Debtors' chapter 11 cases, presented to the Court for approval on September 20, 2013; and upon the representations made by the Liquidating Trustee concerning the distributions and disbursements made under the Plan; and it appearing that the Debtors' chapter 11 cases are fully administered; and it further appearing that the Liquidating Trustee has fully administered the Plan; and no objections having been filed to the Application; and for good and sufficient cause; it is hereby

    **FOUND**, that the Plan has been fully administered; and it is hereby

    ~~**ORDERED**, that the Application is approved; and it is further~~ **[SMB 9/23/13]**

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

      **ORDERED**, that the Debtors' Chapter 11 Cases are hereby closed~~; and it is further~~

**[SMB 9/23/13]**

Dated:  New York, New York
         September <u>23</u>, 2013

                                          <u>/s/ Stuart M. Bernstein</u>
                                          **HONORABLE STUART M. BERNSTEIN**
                                          **UNITED STATES BANKRUPTCY JUDGE**